**DISMISS and Opinion Filed June 21, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00481-CV**

**IN THE INTEREST OF N.G.M., A CHILD**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-20867-S**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

On May 22, 2023, we sent a letter to the parties questioning our jurisdiction and requested jurisdictional briefing by June 1, 2023. Our letter warned that the appeal would be dismissed unless appellant filed a letter brief showing why the appeal should not be dismissed. Appellant failed to do so.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b)(c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

230481F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

IN THE INTEREST OF N.G.M., A CHILD

No. 05-23-00481-CV

On Appeal from the 255th Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-15-20867-S.
Opinion delivered by Chief Justice Burns. Justices Molberg and Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered June 21, 2023